# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand and fourteen.

Before:    Ralph K. Winter,
                  *Circuit Judge*.

_____

Uriel Levi, As father and natural guardian John Doe, an infant under the age of 18 years, Individually,
    Plaintiff-Appellant,

    v.

New York State Assembly, *et al.*,
    Defendants-Appellees.

_____

**ORDER**
Docket No. 14-555

    Appellant moves to extend, through August 19, 2014, the time in which to file a brief and appendix. Appellant also moves to correct the caption.

    IT IS HEREBY ORDERED that an extension until July 1, 2014, is granted. The press of other business does not constitute an extraordinary circumstance justifying an extension. However, the appeal is dismissed effective July 1, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013). The motion to correct the caption will be addressed by separate order.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

